# In The United States Court of Federal Claims

Cover Sheet

**04- 425C**

Plaintiff(s) or Petitioner(s) See attached

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Bruce B. Weyhrauch

Firm Name: Law Office of Bruce B. Weyhrauch

Post Office Box: Suite 200

Street Address: 114 S. Franklin St.

City-State-Zip: Juneau Alaska 99801

Telephone & Facsimile Numbers: 907 463 5566 / 907 463 5858

E-mail address: whyrock@gci.net

Is the attorney of record admitted to the Court of Federal Claims Bar? application submitted

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O I

**See attached Sheet for three digit code.**

Amount Claimed: $ to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003