**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RANDALL GREGG et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-425C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Carolyn J. Craig as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CAROLYN J. CRAIG
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit, 8th Floor,
1100 L Street, N.W.

Dated: April 5, 2004

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Tele: (202) 305-7561
Fax: (202) 305-7644
E-mail: carolyn.craig@usdoj.gov