**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-425C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including June 17, 2004, within which to respond to plaintiffs' complaint in this case. Our response is currently due on May 17, 2004. This is the Government's first request for an enlargement of time for this purpose. Counsel for plaintiffs, Bruce B. Weyhrauch, does not oppose this motion.

The additional time requested in this motion is necessary because we have not yet received a complete litigation report. Our request for a litigation report was issued on April 2, 2004 and the agency was to respond to the request no later than May 3, 2004. When the agency had not responded to the request by May 3, 2004, undersigned counsel of record for the United States contacted the Department of the Interior's Office of the Solicitor in Washington, D.C. to inquire about the status of the litigation report and assignment of agency counsel. The agency informed undersigned counsel that it had never received the request but would attempt to immediately assign counsel from the Alaska Region and commence preparation of the litigation report and collection of all relevant documents. Agency counsel from the Department of the Interior's Alaska Region has now been assigned to the case and is in the process of collecting the

information and documents necessary to complete the litigation report and to allow the Government to fully respond to the complaint. See 28 U.S.C. §520. It is anticipated that the agency will provide counsel with the complete litigation report and supporting documents no later than June 17, 2004.

For the above reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of 30 days, to and including June 17, 2004, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Sreet, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
e-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

JOSEPH D. DARNELL
Attorney
United States Department of the Interior
Office of the Solicitor
Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99501-4626

May 17, 2004

Attorneys for Defendant