IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: May 19, 2004)

| | |
|---|---|
| RANDALL GREGG, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the Court is Defendant's Unopposed Motion for Enlargement of Time. An extension of time of thirty days, to and including June 17, 2004, is sought to respond to plaintiffs' complaint. Good cause having been shown, defendant's motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge