IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: May 25, 2004)

RANDALL GREGG, *et al.*,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On May 21, 2004, the Clerk's Office received plaintiffs' Motion to Add Plaintiff, Memorandum in Support, and Order. The Clerk's Office forwarded this document to chambers unfiled with a memorandum indicating a defect. Specifically, the Clerk's Office has indicated to chambers that plaintiffs' counsel has not obtained an account for use of the Court's automated Case Management/Electronic Case Filing ("CM/ECF") system, as required by General Order No. 42. This case was designated as an "electronic case" on March 17, 2004. Pursuant to the Notice of Designation issued by the Acting Clerk of the Court on that date and General Order No. 42, counsel in electronic cases are required to obtain a CM/ECF account immediately upon such designation. Accordingly, plaintiffs' counsel is ordered to obtain a CM/ECF account immediately. In this instance, the Clerk's Office is instructed to serve this Order on plaintiffs' counsel in the traditional, non-electronic method.

The Court grants leave for plaintiffs' motion to be filed. However, counsel shall endeavor to comply with the requirements of the Rules and Notices of this Court regarding all future filings.

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge