ORIGINAL

**THE UNITED STATES COURT OF FEDE**

FILED
MAY 2 5 2004
U.S. COURT OF FEDERAL CLAIMS

By Leave of the Judge

| | | |
|---|---|---|
| Randall Gregg, Robert Haltiner, Terrence R. Larson, Peter Roddy, Daniel R. Vick, and John Jensen, Plaintiffs | ) | |
| vs. | ) | No. 04-425C |
| The United States, Defendant. | ) | |

LAW OFFICE OF
BRUCE B. WEYHRAUCH, LLC
114 S. FRANKLIN ST.
SUITE 200
JUNEAU, ALASKA 99801
TELEPHONE: (907) 463-5566 FAX: (907) 463-5858

**MOTION TO ADD PLAINTIFF,**
**MEMORANDUM IN SUPPORT,**
**AND**
**ORDER**

Counsel for plaintiffs move to add James Perry as a plaintiff to this complaint. In all respects, Mr. Perry is similarly situated with all other current plaintiffs listed in the complaint. Because the complaint has only recently been filed, and the Defendant has not yet filed an answer to the complaint, it is not prejudiced by the additional plaintiff. Plaintiff therefore moves to add Mr. Perry as a plaintiff and to allow the complaint to reflect his name as one of the plaintiff on the caption of the case.

Dated this 18th day of May, 2004.

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC.**

Bruce B. Weyhrauch, Of Attorneys for Plaintiffs

## ORDER

**It is so Ordered.**

______________________________. Dated this ____ day of ________, 2004
Judge, United State Court of Federal Claims

LAW OFFICE OF
BRUCE B. WEYHRAUCH, LLC
114 S. FRANKLIN ST.
SUITE 200
JUNEAU, ALASKA 99801
TELEPHONE: (907) 463-5566 FAX: (907) 463-5858

**Certificate of Mailing**

The undersigned certifies that a copy of the foregoing was mailed to the following on May 18, 2004.

Ms. Carolyn J. Craig, Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington D.C. 20530

Bruce B. Weyhrauch

Docket No. 04-425C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Lettow
FROM: CLERK'S OFFICE

RECEIVED
MAY 25 2004
CHAMBERS OF JUDGE LETTOW

The attached was received on 5-21-04 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ______________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an *ECF* case.
8. ____ ______________________________

[signature]
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

_____ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

X Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

_____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

_____ Returned to party for correction of defect(s).

[signature]
Signature

5/25/04
Date

MAY 2 6 2004