IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: June 18, 2004)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

It is hereby **ORDERED** that:

A telephonic status conference shall be held on August 27, 2004, at 2:00 p.m. EDT. The Court will initiate the call.

s\ Charles F. Lettow
Charles F. Lettow
Judge