**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-425C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO ADD PLAINTIFF**

Pursuant to the Court's request of June 18, 2004, defendant, the United States, files this response to plaintiffs' motion to add a plaintiff to the complaint and states that the United States has no objection to plaintiffs' motion.[1]

Plaintiffs' motion for leave to add James Perry as a plaintiff to the complaint was filed on May 25, 2004, prior to the time the United States answered the complaint. On May 25, 2004, the Court issued an order granting leave for plaintiffs' motion to be filed. At that time, the United States understood the Court's order to indicate that the Court had allowed plaintiffs' motion to add Mr. Perry as an additional plaintiff and, therefore, did not submit a response to plaintiffs' motion. Based upon a conversation with the Court's clerk on June 18, 2004, counsel of record for the United States was requested to file a written response to plaintiffs' motion. As stated above, this response confirms that the United States does not oppose the addition of Mr. Perry as a plaintiff to the complaint.

[1] At the time plaintiffs filed their motion to add Mr. Perry as a plaintiff to the complaint, they did not submit a proposed amended complaint. Accordingly, on June 17, 2004, the United States answered the complaint filed by plaintiffs on March 17, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Carolyn J. Craig
CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Sreet, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644
e-mail: carolyn.craig@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

JOSEPH D. DARNELL
Attorney
United States Department of the Interior
Office of the Solicitor
Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99501-4626

June 21, 2004