IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: June 29, 2004)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the Court is plaintiffs' Motion to Add Plaintiff, Memorandum in Support, and Order, filed May 25, 2004. Defendant does not oppose this motion. Def.'s Resp. to Pls.' Mot. to Add Pl. (June 21, 2004). It is hereby **ORDERED** that plaintiffs' motion is GRANTED.

s\ Charles F. Lettow
Charles F. Lettow
Judge