IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: August 27, 2004)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

This scheduling order is issued pursuant to RCFC 16(b) and draws on the Joint Preliminary Status Report submitted by the parties on August 9, 2004, and the status conference held on August 27, 2004 by telephonic means. The Court adopts the pretrial schedule set out below.

| activity | deadline |
| --- | --- |
| close of all discovery | August 1, 2005 |
| joint status report | August 15, 2005 |
| submission of dispositive motions, if any, excluding cross-motion | September 23, 2005 |
| submission of a response, including any cross-motion | October 31, 2005 |
| submission of a reply, and a response to any cross-motion | November 22, 2005 |
| submission of a reply if a cross-motion is filed | December 9, 2005 |
| hearing on dispositive motions, if any are filed | December 19, 2005 |

s\ Charles F. Lettow
Charles F. Lettow
Judge