## THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Randall Gregg, et. al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) No. 04-425C |
| | ) (Judge Lettow) |
| The United States, | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING FIRST AMENDED COMPLAINT

On May 18, 2004, plaintiffs moved to add James Perry as a plaintiff. The defendant did not oppose (June 21). On June 29, the court granted the plaintiffs' motion to add the plaintiff. Herewith, the plaintiffs provide this notice that they are filing their first amended complaint, which adds the plaintiff James Perry.

Dated this 10th day of September, 2004.

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC.**

s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, Of Attorneys for Plaintiffs

### Certificate of Service

The undersigned certifies that a copy of the foregoing was mailed and faxed to the following on September 7th, 2004.

Ms. Carolyn J. Craig, Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington D.C. 20530
(202) 305-7644

s/Bruce B. Weyhrauch

Bruce B. Weyhrauch