IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: September 13, 2004)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On September 10, 2004, the Clerk's Office received plaintiffs' Notice of Filing First Amended Complaint along with their First Amended Complaint. The Clerk's Office sent to chambers a memorandum indicating defects in these filings. Specifically, the Clerk's Office has indicated to chambers that both submissions have attached the wrong pdf, and, in addition, there is no provision in the Rules for filing a notice of filing.

It is apparent that through these documents, plaintiffs were attempting to complete the filing of an amended complaint to effectuate the Court's earlier grant of plaintiffs' Motion to Add Plaintiff, Memorandum in Support, and Order, filed May 25, 2004. That motion was granted by the Court on June 29, 2004. Accordingly, the Court treats plaintiffs' notice as a motion for leave to file amended complaint, grants that motion, and directs the Clerk to file the complete first amended complaint.

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge