IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to modify the discovery and pre-trial schedule in this case as set forth below. Counsel for defendant has conferred with counsel for plaintiffs, and is authorized to state that plaintiffs do not oppose this motion. This is defendant's first motion for this purpose.

This motion is necessary because of unanticipated difficulties experienced by the parties in completing deposition discovery. The parties are working diligently toward completing discovery. To that end, defendant has responded to plaintiffs' first set of interrogatories and produced documents in response to plaintiffs' first set of document requests. In addition, the parties are working to schedule and complete as soon as possible the depositions necessary to the resolution of this case. Scheduling these depositions, however, has been

complicated by the locations of the plaintiffs and their counsel, (i.e., Juneau, Alaska and various locations throughout Washington state and southeastern Alaska), and Government personnel and counsel, (Anchorage, Alaska and Washington D.C. ). Further complicating the scheduling of the depositions is the fact that plaintiffs are fisherman who are in the midst of their active fishing seasons.

In addition, defendant's counsel has been, and will be, unable to complete the depositions pursuant to the current schedule because of unavoidable conflicts with other matters, including: (1) preparations for alternative dispute resolution proceedings, including a DCAA audit, in SPW Engineering Group, Inc. v. United States, No. 04-794 (Fed. Cl.); (2) class action discovery, including depositions requiring travel, in Filosa, et al. v. United States, No. 05-1 (Fed. Cl.); (3) joint activities required for the submission of a joint preliminary status report in LaBarge, Inc. v. United States, No. 05-1 (Fed. Cl.); (4) discovery, including depositions, in Columbia Mfg. v. United States, No. 02-1220 (Fed. Cl.); and (5) preparation of a response brief in Fields v. United States, No. 05-3133 (Fed. Cir.).

As a result of the foregoing circumstances, scheduling and completing deposition discovery in this case will require the requested schedule

modifications. Accordingly, the Government respectfully requests the Court to modify the schedule as follows:

| | |
|---|---|
| 10/7/05 | Close of Discovery |
| 10/21/05 | Deadline For Joint Status Report |
| 12/2/05 | Deadline for Dispositive Motion(s) |
| 1/6/06 | Response(s) to Dispositive Motion(s) |
| 1/27/06 | Reply to Dispositive Motion(s) |
| 2/20/05 | Hearing on Dispositive Motion(s) |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark Melnick

MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

July 29, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on July 29, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Gregory T. Jaeger