IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: July 29, 2005)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion to Modify Schedule, filed July 29, 2005. Defendant seeks an extension of time of sixty-seven days, to and including October 7, 2005, to complete discovery. It is hereby **ORDERED** that:

1. For good cause shown, the motion is GRANTED insofar as the close of all discovery in this case shall be extended to and including October 7, 2005.

2. The parties shall file a joint status report on or before October 21, 2005 proposing a schedule either for the filing of any dispositive motions or for trial.

s\ Charles F. Lettow
Charles F. Lettow
Judge