IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO MODIFY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the parties jointly request the Court to modify the discovery and pre-trial schedule in this case as set forth below.[1]

This motion is necessary because of continued difficulties experienced by the parties in scheduling and completing the depositions necessary to the resolution of this case. As noted in defendant's previous motion to modify the schedule, the parties are working diligently toward completing discovery. Defendant has responded to plaintiffs' first set of interrogatories and produced documents in response to plaintiffs' first set of document requests. In addition, the parties have been working to schedule and complete the necessary depositions as soon as possible. Scheduling these depositions, however, has been complicated by

[1] Defendant filed a previous unopposed motion to modify the schedule that the Court granted on or about July 29, 2005.

the locations of the parties and their counsel, (i.e., Washington D.C. and various locations in Washington state and southeastern Alaska), and the fact that plaintiffs (who are commercial fisherman) are in the midst of their active fishing seasons.

In addition, plaintiffs' counsel has been, and will be, occupied with a trial scheduled for the first half of October, 2005. Defendant's counsel has been occupied by unavoidable conflicts in other matters, including: (1) bid protest proceedings in Group Seven, Ass. v. United States, No. 05-867; (2) class action proceedings, including depositions requiring travel, in Filosa, et al. v. United States, No. 05-1 (Fed. Cl.); (3) joint activities related to the submission of a joint preliminary status report in LaBarge, Inc. v. United States, No. 05-1 (Fed. Cl.); (4) discovery, including depositions, in Columbia Mfg. v. United States, No. 02-1220 (Fed. Cl.); (5) preparation of a response brief in Fields v. United States, No. 05-3133 (Fed. Cir.); and (6) preparations for oral argument scheduled for October 7, 2005 in Jones v. DVA, No. 05-7082 (Fed. Cir.).

In view of the foregoing, the parties respectfully request the Court to modify the schedule as follows:

| | |
|---|---|
| 12/23/05 | Close of Discovery |
| 1/27/06 | Deadline For Joint Status Report |
| 2/27/06 | Deadline for Dispositive Motion(s) |

| | |
|---|---|
| 3/20/06 | Response(s) to Dispositive Motion(s) |
| 4/17/06 | Reply to Dispositive Motion(s) |
| 5/19/06 | Hearing on Dispositive Motion(s) |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick

MARK A. MELNICK
Assistant Director

/s/ Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

Attorneys for Defendant

/s/ Bruce B. Weyhrauch

BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

October 7, 2005

CERTIFICATE OF FILING

I hereby certify that on October 7, 2005, a copy of the foregoing "JOINT MOTION TO MODIFY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger