IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: October 11, 2005)

RANDALL GREGG, *et al.*, )
)
Plaintiffs, )
)
v. )
)
UNITED STATES, )
)
Defendant. )

ORDER

Pending before the court is a Joint Motion to Modify Schedule, filed October 7, 2005. For good cause shown, the motion is GRANTED. The schedule as originally adopted by order issued on August 27, 2004, and revised on July 29, 2005, shall be further amended as follows:

| Event | Amended Deadline |
|---|---|
| Discovery | December 23, 2005 |
| Joint Status Report | January 27, 2006 |
| Dispositive Motion(s) | February 27, 2006 |
| Response(s) to Dispositive Motion(s) | March 20, 2006 |
| Reply to Dispositive Motion(s) | April 17, 2006 |
| Hearing on Dispositive Motion(s) | May 19, 2006 at 2:00 p.m. by telephonic means |

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge