IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to modify the discovery and pre-trial schedule in this case as set forth below. Counsel for defendant has conferred with counsel for plaintiffs, and is authorized to state that plaintiffs do not oppose this motion. This is defendant's third motion for this purpose.

This motion is necessary to allow the parties time to complete necessary discovery and conduct informal settlement discussions. The parties have completed their written discovery and currently are working toward completing depositions. To that end, the parties conducted three depositions in Juneau, Alaska during the week of December 12, 2005. However, because the plaintiffs and Government witnesses are located in various locales in southeast Alaska and

Washington state, completing the necessary deposition discovery will require additional time.

Scheduling and completing deposition discovery in this case, as well as completing the informal discussions regarding settlement, will require the below schedule modifications. Accordingly, the Government respectfully requests the Court to modify the schedule as follows:

| | |
|---|---|
| 2/21/06 | Close of Discovery |
| 3/28/06 | Deadline For Joint Status Report |
| 4/11/06 | Deadline for Dispositive Motion(s) |
| 5/9/06 | Response(s) to Dispositive Motion(s) |
| 5/30/06 | Reply to Dispositive Motion(s) |
| 6/20/06 | Hearing on Dispositive Motion(s) |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark Melnick

MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

December 21, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 21, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Gregory T. Jaeger