IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: December 22, 2005)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion to Modify Schedule, filed December 21, 2005. For good cause shown, the motion is GRANTED. The schedule as originally adopted by order issued on August 27, 2004, and most recently revised on October 11, 2005, shall be further amended as follows:

| Event | Amended Deadline |
| --- | --- |
| Discovery | February 21, 2006 |
| Joint Status Report | March 28, 2006 |
| Dispositive Motion(s) | April 11, 2006 |
| Response(s) to Dispositive Motion(s) | May 9, 2006 |
| Reply to Dispositive Motion(s) | May 30, 2006 |
| Hearing on Dispositive Motion(s) | June 20, 2006 at 2:00 p.m. EDT by telephonic means |

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge