IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: February 1, 2006)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

On December 22, 2005, the court issued an amended scheduling order. As part of the amended scheduling order, a hearing on dispositive motion(s) was scheduled for June 20, 2006 at 2:00 p.m. EDT by telephonic means. After consultation with the parties, the schedule as originally adopted by the order issued on August 27, 2004, and most recently revised on December 22, 2005, shall be further amended. The hearing on dispositive motion(s) will now be held on June 13, 2006 at 2:00 p.m. EDT by telephonic means. The court will initiate the call.

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge