IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., Plaintiffs, | ) | |
| v. | ) | (Consolidated Case No. 04-425C) (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the discovery deadline in this case to, and including, April 11, 2006. Counsel for defendant has conferred with counsel for plaintiffs, and is authorized to state that plaintiffs do not oppose this motion.[1]

This motion is necessary to allow the parties time to complete the depositions of the remaining plaintiffs in these consolidated cases. The parties have completed written discovery and have conducted depositions of the responsible Park Service official in this case and two of the plaintiffs. The parties

[1] This is defendant's third motion for this purpose. The two prior motions, also unopposed by plaintiffs, requested modifications of the discovery and pre-trial schedules. The parties also filed a joint motion to modify the discovery and pre-trial schedules. This motion seeks only an enlargement of the current discovery deadline, leaving the remaining existing schedule intact.

currently are working toward completing the depositions of the remaining five plaintiffs. The scheduling of these depositions has been made difficult because of the schedules and locations of counsel, the plaintiffs and Government witnesses.

Completing the deposition discovery in this case, as well as completing informal discussions regarding settlement, will require the requested enlargement. Accordingly, the Government respectfully requests the Court to grant this request to enlarge the discovery deadline in this case to, and including, April 11, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark Melnick

MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955
Attorneys for Defendant

February 16, 2006

CERTIFICATE OF FILING

I hereby certify that on February 16, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Gregory T. Jaeger