IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated December 22, 2005, the parties respectfully submit this joint status report.

Since defendant's motion to amend the discovery schedule dated December 21, 2005, the parties have completed written and deposition discovery. The parties do not anticipate the need for further discovery at this time.

The parties are in the midst of informal settlement discussions and will apprise the Court of any developments. Should these discussions fail to resolve the case, the parties anticipate filing their dispositive motions pursuant to the schedule established by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 28, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 28, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger