IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR STAY OF PROCEEDINGS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the parties jointly request the Court to stay these proceedings, including the filing of dispositive motions, for a period of 60 days, to and including June 12, 2006, to permit the parties to complete their settlement discussions. Currently, the deadline for dispositive motions is April 11, 2006.

As noted in the parties' joint status report filed on March 28, 2006, the parties have been conducting informal settlement discussions designed to resolve these consolidated cases in their entirety. Because the parties' discussions have been productive, the parties wish to devote their time and resources to completing their discussions rather than preparing and filing dispositive motions. This will require the requested stay of proceedings.

The completion of the settlement discussions has been, and will be, complicated by plaintiffs' counsel's status as a member of the Alaska state legislature. The current legislative session is scheduled to end on May 9, 2006, with the likelihood that an additional session will be required to address issues relating to the construction of the Alaskan natural gas pipeline and oil tax. This will require additional time for the parties to complete the settlement discussions.

Accordingly, the parties respectfully request the Court to stay these proceedings for a period of 60 days, to and including June 12, 2006, to allow the parties time to complete their settlement discussions. The parties will submit a status report to the Court at that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

Attorney for Plaintiffs

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

Attorneys for Defendant

April 11, 2006

CERTIFICATE OF FILING

I hereby certify that on April 11, 2006, a copy of the foregoing "JOINT MOTION TO MODIFY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger