IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: April 13, 2006)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Stay of Proceedings in this case, filed on April 11, 2006. The parties request a stay of the proceedings because they are currently engaged in settlement negotiations. The parties request a stay of proceedings for a period of 60 days. The parties' Joint Motion for Stay of Proceedings is DENIED. However, in light of the representations of the parties, the parties shall suspend briefing of potentially dispositive motions in this case. The Scheduling Order of August 27, 2004, most recently revised on December 22, 2005, is withdrawn, and the hearing on dispositive motions presently scheduled for June 20, 2006 is cancelled.

The parties are requested to submit a joint status report on or before June 12, 2006, and every 60 days thereafter, reporting their progress on settlement negotiations.

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge