IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's order dated April 13, 2006, the parties respectfully submit this joint status report.

Since the Court's April 13 order, the plaintiffs have submitted settlement proposals to the defendant and the parties have conducted discussions regarding those proposals. Although no settlement has been finalized, the parties remain optimistic regarding the prospects of settlement.

In accordance with the Court's April 13 order, the parties will provide the Court with an additional status report in 60 days should the case not settle during that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

June 12, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 12, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger