IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE STATUS REPORT OUT OF TIME

Pursuant to the Court's order dated April 13, 2006, defendant, the United States, requests leave to file this status report, out of time, regarding the status of the parties' settlement efforts. This motion is necessary due to unanticipated difficulties experienced by the parties in coordinating the joint status report required by the Court's April 13 order.[1] In particular, plaintiffs' counsel, a legislator for the State of Alaska, is currently engaged in out-of-state travel. This has made it impossible to coordinate the joint filing. Accordingly, defendant respectfully requests the Court to grant it leave to file this status report out of time.

Since the parties' last status report dated June 12, 2006, plaintiffs have submitted to defendant supplemental financial information regarding their

---

[1] Pursuant to the Court's April 13 order, the joint status report was due August 11, 2006.

settlement proposals. The Government is in the process of reviewing this supplemental information and the settlement proposals. Although no settlement has been finalized, the parties are optimistic regarding the prospects of settlement.

Pursuant to the Court's April 13 order, the parties will provide the Court with an additional status report in 60 days if the case does not settle in that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

August 17, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 17, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger