IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-425C

(Filed: August 18, 2006)

RANDALL GREGG, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the Defendant's Motion for Leave to File Status Report out of Time, filed on August 17, 2006. Counsel for defendant reports that counsel for plaintiff and defendant have been unable to confer to prepare a joint status report, which was due on August 11, 2006. Defendant requests that the court grant defendant leave to file a status report on behalf of the government. The status report is incorporated in the defendant's motion for leave to file out of time.

For good cause shown, defendant's motion is GRANTED. Per the court's Order of April 13, 2006, the parties are requested to continue to submit a joint status report every 60 days, addressing their progress on settlement negotiations.

It is so ORDERED.

s\ Charles F. Lettow
Charles F. Lettow
Judge