IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
STATUS REPORT UPON BEHALF OF THE PARTIES

Pursuant to the Court's orders dated April 13, 2006, and August 18, 2006, defendant, the United States, requests leave to file this status report upon behalf of the parties regarding the status of their settlement efforts. This motion is necessary due to the travel schedule of plaintiffs' counsel, who is a legislator for the State of Alaska, which has made it impossible to coordinate a joint filing. Accordingly, defendant respectfully requests the Court to grant it leave to file this status report upon behalf of the parties.

Since the parties' last status report dated August 17, 2006, the Government has continued to review, in the context of the deposition discovery adduced in this case, the settlement proposals and supplemental information provided by the seven plaintiffs. Based upon this review, the Department of the Interior has issued a preliminary approval of the settlement proposals. The parties will seek to finalize

the terms of the settlement as soon as possible. At that time, the Government will seek authority to accept the settlements from the authorized representative of the Attorney General. The parties remain optimistic regarding the prospects of settlement.

Pursuant to the Court's April 13 order, the parties will provide the Court with an additional status report in 60 days if the case does not settle by that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

October 16, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 16, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT UPON BEHALF OF THE PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger