IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's orders dated April 13, 2006 and August 18, 2006, the parties respectfully submit this joint status report.

Since the parties' last status report dated October 16, 2006, the plaintiffs have submitted to the Government detailed settlement proposals designed to resolve this case in its entirety. The Government is in the process of completing its review of these detailed proposals. The parties will seek to finalize the terms of the settlement as soon as possible. At that time, the Government will seek authority to accept the settlements from the authorized representative of the Attorney General. The parties remain optimistic regarding the prospects of settlement.

In accordance with the Court's April 13 and August 18 orders, the parties will provide the Court with an additional status report within 60 days should the case not settle during that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

December 15, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 15, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger