IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's orders dated April 13, 2006 and August 18, 2006, the parties respectfully submit this joint status report.

Since the parties' last status report dated December 15, 2006, the Government has been reviewing the detailed settlement proposals presented by the plaintiffs and has been seeking to obtain authority to accept the settlements from the authorized representative of the Attorney General. Because of the complexity of some of the legal issues presented by the proposed settlements, the Government has not been able to complete its review and will require additional time. The parties remain optimistic regarding the prospects of settlement.

Accordingly, as contemplated by the Court's April 13 and August 18 orders, the parties will provide the Court with an additional status report within 60 days should the case not settle during that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

Attorneys for Defendant

/s/Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

February 9, 2007

CERTIFICATE OF FILING

I hereby certify that on February 9, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger