IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's orders dated April 13, 2006 and August 18, 2006, the parties respectfully submit this joint status report.

Since the parties' last joint status report dated February 9, 2007, defendant has obtained authority from the authorized representative of the Attorney General to accept the settlement proposals presented by plaintiffs. The parties are currently in the process of drafting and negotiating a settlement agreement. The parties anticipate that they will enter into a settlement agreement before the next joint status report is due pursuant to the Court's April 13, 2006 and August 18, 2006 orders.

However, pursuant to the Court's April 13, 2006 and August 18, 2006 orders, the parties will provide the Court with an additional joint status report within 60 days if the parties do not enter into a settlement agreement during that time.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

Attorney for Plaintiffs

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-1709

Attorneys for Defendant

April 5, 2007

CERTIFICATE OF FILING

I hereby certify that on April 5th, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle