IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | (Consolidated Case No. 04-425C) |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's orders dated April 13, 2006 and August 18, 2006, the parties respectfully submit this joint status report.

Since the parties' last joint status report dated April 5, 2007, the parties have entered into a settlement agreement. Defendant is currently in the process of making payment to plaintiffs pursuant to the settlement agreement. Upon payment, the parties will file a joint stipulation dismissing these cases with prejudice.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

Attorney for Plaintiffs

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-1709

Attorneys for Defendant

June 4, 2007

CERTIFICATE OF FILING

I hereby certify that on June 4th, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle