IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDALL GREGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Consolidated Case No. 04-425C |
| | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, plaintiffs, Randall Gregg, Robert Haltiner, Terrence R. Larson, Peter Roddy, Daniel R. Vick, John Jensen and James Perry, and defendant, the United States, hereby stipulate and agree to the dismissal of the above-captioned consolidated actions with prejudice, consistent with and limited to the terms of the executed Settlement Agreement between the parties.

s/ Bruce B. Weyhrauch
BRUCE B. WEYHRAUCH
The Law Office of
Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, Alaska 99801
(907) 463-5566

Attorney for Plaintiffs

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-1709

June 18, 2007

**CERTIFICATE OF FILING**

I hereby certify that on June 18th, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle